IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM STEPHEN LUSH, II,

    Plaintiff,

v.

PORTIA JONES and the INTERNAL
REVENUE SERVICE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-63-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____    3/15/10
Peter Oppeneer, Clerk of Court          Date